**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL L. MEIER,

    Plaintiff,

v.                                                                              Case No. 07-CV-11410

ROBERT L. GREEN,

    Defendant.
                                                  /

**ORDER DENYING PLAINTIFF'S "MOTION FOR EXEMPTION FROM FEE"**

Pending before the court is Plaintiff Daniel Meier's August 6, 2007, "Motion for Exemption from Fee." On March 30, 2007, Plaintiff, proceeding *in pro per*, filed his complaint in this action. (Pl.'s 3/30/07 Compl.) On April 3, 2007, the court granted Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (See 4/3/07 Order.)

Plaintiff's instant motion alleges that he has had access to the "PACER" system for several months and that such access was necessitated by "[o]ccurrences of mail tampering in the area, inconsistent mail service, and court documents not arriving to plaintiff." (Pl.'s Mot. at 1.) Notwithstanding Plaintiff's assertions, the court is not persuaded that access to the PACER system is necessary to afford Plaintiff a meaningful opportunity to access this court and litigate his claims. At least under these

facts, the court does not find that PACER fees are the type of exempt fees contemplated by 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Exemption from Fee" [Dkt. # 28] is DENIED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 6, 2007, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522