# Exhibit D

# VERCRUYSSE MURRAY & CALZONE

A PROFESSIONAL CORPORATION
SUITE 200
31780 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025-3469
EIN 38-3277185
(248) 540-8019

June 08, 2007

Detroit Diesel Corporation
Shawn Jacque
13400 West Outer Drive
Detroit MI 48239-4001

In Reference To: DDC v Meier
Invoice No.: 00427-039 -06/08/07

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

Professional Services Posted Through May 31, 2007

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/2007 | WEA | Prepare for and meet with B. Green and S. Jacque regarding strategy; prepare retention letter for Green; begin preparing materials for defense motions. | 3.40 | |
| 5/22/2007 | WEA | Review prior litigation files; begin working on motion to dismiss; research regarding Rooker-Feldman doctrine. | 5.80 | |
| | SRE | Review prior case pleading logs to determine number of motions filed by Plaintiff and number of court appearances; telephone call to court reporter regarding status of request for hearing transcripts. | 0.70 | |
| 5/23/2007 | GVM | Conference with Bill Altman regarding strategy for summary judgment motion. | 0.30 | |
| | WEA | Continue work on motion to dismiss. | 7.80 | |
| 5/24/2007 | WEA | Continue work on motion to dismiss; further review of prior litigation files. | 7.50 | |
| 5/29/2007 | WEA | Continue work on defense motions. | 2.40 | |
| 5/30/2007 | WEA | Continue work on defense motions. | 3.30 | |
| | SRE | Telephone calls to court reporter regarding status of request for hearing transcripts. | 0.30 | |
| 5/31/2007 | WEA | Telephone call with B. Green regarding service of process; review Plaintiff's motion for default; continue working on defense motions; telephone call with S. Jacque regarding same. | 6.30 | |

Detroit Diesel Corporation
Invoice No.:   00427-039 -06/08/07

Page   2

|  | Hours | Amount |
|---|---|---|
| For Professional Services Rendered | 37.80 | $7,677.00 |

Detroit Diesel Corporation                                                                  Page      3
Invoice No.:    00427-039 -06/08/07

## Atty/Legal Asst Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gregory V. Murray | 0.30 | 315.00 | $94.50 |
| William E. Altman | 36.50 | 205.00 | $7,482.50 |
| Sandra R. Engebretsen - Legal Assistant | 1.00 | 100.00 | $100.00 |

Detroit Diesel Corporation                                                        Page        4
Invoice No.:    00427-039 -06/08/07

## DISBURSEMENTS

|  |  | Amount |
|---|---|---:|
| 5/23/2007 | Computer Research | 457.97 |
| 5/24/2007 | Postage | 0.41 |
|  | Photocopy Charges | 0.50 |

Total Disbursements                                                              $458.88

INVOICE TOTAL                                                                    $8,135.88

Balance due                                                                      $8,135.88

# VERCRUYSSE MURRAY & CALZONE

A PROFESSIONAL CORPORATION
SUITE 200
31780 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025-3469
EIN 38-3277185
(248) 540-8019

July 06, 2007

Detroit Diesel Corporation
Shawn Jacque
13400 West Outer Drive
Detroit MI 48239-4001

In Reference To: DDC v Meier
Invoice No.: 00427-039 -07/06/07

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

Professional Services Posted Through June 15, 2007

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/1/2007 | WEA | Continue work on defense motions; telephone call from S. Jacque regarding Meier's signage. | 7.20 | |
| 6/4/2007 | SRE | Begin assembling exhibits to Motion for Dismissal and Motion for Sanctions; telephone call to court reporter regarding status of request for transcripts. | 2.50 | |
|  | WEA | Continue work on motion to dismiss and motion for sanctions. | 7.50 | |
|  | GVM | Work on motion to dismiss and motion for sanctions. | 1.20 | |
| 6/5/2007 | SRE | Telephone calls to court reporter regarding status of request for transcripts; pick up transcript from Wayne County Circuit Court; pick up photos from Detroit Diesel security; access Westlaw to check cases cited in Motion for Sanctions and Motion to Dismiss. | 4.00 | |
|  | WEA | Continue work on defense motions. | 10.40 | |
| 6/6/2007 | SRE | Obtain color copies of photographs for attachment to motions; assemble exhibits to Motion to Dismiss, Motion for Protective Order and Motion for Sanctions and finalize for filing; hand deliver Judge's copies of motions to United States District Court. | 5.50 | |
|  | WEA | Continue work on defense motions. | 8.10 | |
| 6/8/2007 | WEA | Work on response to motion for default judgment. | 4.30 | |
| 6/11/2007 | WEA | Finalize and electronically file response to motion for default. | 0.60 | |

Detroit Diesel Corporation						Page		2
Invoice No.:	00427-039 -07/06/07

|            |     |                                                                                                                                                                                          | Hours | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
| 6/14/2007  | WEA | Review order regarding motions for default, sanctions, and protective order and order regarding motion to dismiss.                                                                                    | 0.30  |            |
|            | GVM | Review order denying motion for default, granting protective order and denying without prejudice defendant's motion for sanctions; litigation strategy conference with Bill Altman.                   | 0.40  |            |
| 6/15/2007  | WEA | Work on supplement to motion for sanctions.                                                                                                                                                           | 1.20  |            |
|            | GVM | Work on supplemental brief.                                                                                                                                                                           | 0.30  |            |
| For Professional Services Rendered |||| 53.50 | $9,916.50 |

Detroit Diesel Corporation  
Invoice No.:   00427-039 -07/06/07

Page   3

## Atty/Legal Asst Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gregory V. Murray | 1.90 | 315.00 | $598.50 |
| William E. Altman | 39.60 | 205.00 | $8,118.00 |
| Sandra R. Engebretsen - Legal Assistant | 12.00 | 100.00 | $1,200.00 |

# VERCRUYSSE MURRAY & CALZONE

A PROFESSIONAL CORPORATION
SUITE 200
31780 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025-3469
EIN 38-3277185
(248) 540-8019

Detroit Diesel Corporation			August 07, 2007
Shawn Jacque
13400 West Outer Drive
Detroit MI 48239-4001

In Reference To: DDC v Meier
Invoice No.: 00427-039 -08/07/07

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

Professional Services Posted Through July 31, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 6/19/2007 WEA | Review Plaintiff's response briefs; telephone call to B. Green regarding same; draft letter to Plaintiff regarding same. | 0.70 |  |

For Professional Services Rendered			10.80   $2,217.50

Detroit Diesel Corporation                                              Page     2
Invoice No.:    00427-039 -08/07/07

## Atty/Legal Asst Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gregory V. Murray | 0.70 | 315.00 | $220.50 |
| William E. Altman | 9.40 | 205.00 | $1,927.00 |
| Sandra R. Engebretsen - Legal Assistant | 0.70 | 100.00 | $70.00 |

Detroit Diesel Corporation                                              Page    3
Invoice No.:    00427-039 -08/07/07

## DISBURSEMENTS

|  |  | Amount |
|---|---|---|
| 7/23/2007 | Photocopy Charges | 36.40 |
|  | Postage | 10.10 |
| Total Disbursements |  | $46.50 |
| INVOICE TOTAL |  | $2,264.00 |