**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL L. MEIER,

    Plaintiff,

v.                                                                             Case No. 07-CV-11410

ROBERT L. GREEN,

    Defendant.
                                                      /

**OPINION AND ORDER GRANTING DEFENDANT'S
"MOTION FOR ENTRY OF JUDGMENT"**

Pending before the court is Defendant Robert Green's November 6, 2007 "Motion for Entry of Judgment." For the reasons stated below, the court will grant Defendant's motion.

On October 5, 2007, the court entered its "Opinion and Order Awarding Attorneys' Fees and Costs to Defendant," directing Plaintiff Daniel Meier to pay Defendant $18,055.38 in reasonable attorneys' fees and costs on or before October 22, 2007. (10/5/07 Order.) To date, Plaintiff has failed to make payment to Defendant. (Def.'s Mot. at ¶ 3.)

Defendant's "Motion for Entry of Judgment" requests that the court enter judgment against Plaintiff on a separate document, pursuant to Federal Rule of Civil Procedure 58(d), which provides that, "[a] party may request that judgment be set forth on a separate document." Fed. R. Civ. P. 58(d). In the absence of any reason why a separate judgment should not issue, the court will grant Defendant's motion. Accordingly,

IT IS ORDERED that Defendant's "Motion for Entry of Judgment" [Dkt. # 40] is GRANTED. A separate judgment shall issue.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: November 14, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 14, 2007, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522