**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL L. MEIER,

    Plaintiff,

v.                                        Case No. 07-CV-11410

ROBERT L. GREEN,

    Defendant.
                                     /

## JUDGMENT

In accordance with the court's "Opinion and Order Awarding Attorneys' Fees and Costs to Defendant," dated October 5, 2007, and the court's "Opinion and Order Granting Defendant's Motion for Entry of Judgment," dated November 8, 2007,

IT IS ORDERED AND ADJUDGED that judgment in the amount of $18,055.38 is entered in favor of Defendant Robert Green and against Plaintiff Daniel Meier. Dated in Detroit, Michigan, this 8th day of November, 2007.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                BY: S/Lisa Wagner
                                    Lisa Wagner, Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-11410.Meier.JudgmentOfSanctions.wpd